No. 89–7401. CLARKE v. WEST VIRGINIA BOARD OF REGENTS ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 19, 1990, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 89–7507. IN RE MALLOY. C. A. 11th Cir. Petition for writ of common-law certiorari denied.

No. 89–7581. IN RE HEGWOOD; and
No. 89–7664. IN RE D'AMARIO. Petitions for writs of mandamus denied.

No. 89–1715. BURNS v. REED. C. A. 7th Cir. Certiorari granted.

No. 89–1784. INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ET AL. v. BEN COOPER, INC. C. A. 2d Cir. Certiorari granted.

No. 89–1629. SALVE REGINA COLLEGE v. RUSSELL. C. A. 1st Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 89–5961. PARKER v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.